934 A.2d 1151

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Hinginio CORTEZ, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 12, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of October 2007, the Petition for Allowance of Appeal is **GRANTED** and the Superior Court's decision is **VACATED.** The matter is **REMANDED** for reconsideration in light of our decision in *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007) and *Commonwealth v. Whitmore,* 590 Pa. 376, 912 A.2d 827 (2006).